1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   THERESA BROOKE,                          )   Case No.: 1:16-cv-01416-LJO- JLT
                                              )
12             Plaintiff,                     )   ORDER DIRECTING CLERK OF THE COURT TO
                                              )   CLOSE THIS ACTION PURSUANT TO
13        v.                                  )   PLAINTIFF'S NOTICE OF VOLUNTARY
                                              )   DISMISSAL
14   YEHS FAMILY REVOCABLE TRUST, dba         )
     Rodeway Inn & Suites Bakersfield,        )   (Doc. 6)
15                                            )
               Defendant.                     )
16

17        On October 24, 2016, Plaintiff filed a "Notice of Voluntary Dismissal with Prejudice" pursuant

18   to Rule 41(a)(1), which provides that "the plaintiff may dismiss an action without a court order by

19   filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for

20   summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(ii)). Once such a notice is filed, the action is

21   "automatically terminate[d]." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

22        Accordingly, the Court **ORDERS**: The Clerk of Court is **DIRECTED** to close this action in

23   light of the Notice pursuant to Rule 41(a).

24

25   IT IS SO ORDERED.

26        Dated:    **October 26, 2016**              **/s/ Jennifer L. Thurston**
27                                            UNITED STATES MAGISTRATE JUDGE

28

                                              1